

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Darrell Jan Porter,                    * From the 244th District Court
                                         of Ector County,
                                         Trial Court No. C-18-1229-CR.

Vs. No. 11-19-00255-CR                 * April 9, 2020

The State of Texas,                    * Per Curiam Memorandum Opinion
                                         (Panel consists of: Bailey, C.J.,
                                         Stretcher, J., and Wright, S.C.J.,
                                         sitting by assignment)
                                         (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete $22.50 of the Time Payment Fee assessed as court costs, leaving a Time Payment Fee of $2.50. As modified, we affirm the judgment of the trial court.